UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHVENDRA SINGH, | No. 2:24-cv-2162 DJC AC PS |
| Plaintiff, | |
| v. | ORDER |
| INTERNAL REVENUE SERVICE and DAVID PALMER, | |
| Defendants. | |

    Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On January 7, 2025 the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 21 days. ECF No. 5. Plaintiff has filed objections to the findings and recommendations ECF No. 6.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a de novo review of this case. The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed January 7, 2025, are adopted in full;

2. This case is dismissed for failure to state a claim upon which relief can be granted; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **February 27, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Sing.2162.800